1. Laurence F. Padway (Cal. Bar No.89314)
   LAW OFFICES OF LAURENCE F. PADWAY
2. 1516 Oak Street, Suite 109
   Alameda, CA 94501
3. Telephone: (510) 814-0680
   Facsimile: (510) 814- 0650
4.
   Attorneys for Plaintiff Jeni McDonald
5.

6. THOMAS P. KLEIN (Cal. State Bar No. 148585)
   TKLEIN ASSOCIATES, INC.
7. One Kaiser Plaza, Suite 470
   Oakland, CA 94612
8. Telephone: (510) 268-0020
   Facsimile: (510) 268-0022
9.
   Attorneys for Defendant
10. Park West Landscape, Inc.

11.

12.              UNITED STATES DISTRICT COURT

13.              NORTHERN DISTRICT OF CALIFORNIA

14.

15. JENI MCDONALD,                    Case No.: .: C 08-033395-EMC

16.         Plaintiff,                **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**
      v.                              **[Local Rule 6-1(a)]**
17. PARK WEST LANDSCAPE, INC.,

18.         Defendant,

19.

20.

21.

22.         IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the

23. above-captioned action, through their respective counsel of record, that, pursuant to Northern District

24. of California Local Rule 6-1(a), defendant Park West Landscape, Inc. ("PWL") shall have an extension

25. ///

26. ///

27. ///

28. ///

1 | of time up to and including September 3, 2008 to answer, plead or otherwise respond to the complaint
2 | in this action and, in the interim, PWL hereby reserves all objections and defenses to this action, the
3 | Complaint and any claims asserted against PWL therein.

LAURENCE F. PADWAY
LAW OFFICES OF LAURENCE F. PADWAY

Dated: August 7, 2008.        By: _____
                                   Laurence F. Padway
                                   Attorney for Plaintiff
                                   Jeni McDonald


THOMAS P. KLEIN
TKLEIN ASSOCIATES, INC.

Dated: August 7, 2008.        By: _____
                                   Thomas P. Klein
                                   Attorney for Defendant
                                   Park West Landscape, Inc.

STIPULATION EXTENDING DEFENDANT'S                    [Case No. C 08-03395-EMC]
TIME TO RESPOND TO COMPLAINT
                                    - 2 -