1  Laurence F. Padway (Cal. Bar No.89314)
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, CA 94501
3  Telephone: (510) 814-0680
   Facsimile: (510) 814- 0650
4
   Attorneys for Plaintiff Jeni McDonald
5

6  THOMAS P. KLEIN (Cal. State Bar No. 148585)
   TKLEIN ASSOCIATES, INC.
7  One Kaiser Plaza, Suite 470
   Oakland, CA 94612
8  Telephone: (510) 268-0020
   Facsimile: (510) 268-0022
9
   Attorneys for Defendant
10 Park West Landscape, Inc.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 | JENI MCDONALD,                  | Case No.: .: C 08-033395-EMC
16 |        Plaintiff,                | **STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**
17 |    v.                            | **[Local Rule 6-1(a)]** ; ORDER
   | PARK WEST LANDSCAPE, INC.,       |
18 |        Defendant,                |

22         IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the
23 above-captioned action, through their respective counsel of record, that, pursuant to Northern District
24 of California Local Rule 6-1(a), defendant Park West Landscape, Inc. ("PWL") shall have an extension
25 ///
26 ///
27 ///
28 ///

---

**STIPULATION EXTENDING DEFENDANT'S**                          [Case No. C 08-03395-EMC]
**TIME TO RESPOND TO COMPLAINT**

- 1 -

1 | of time up to and including September 3, 2008 to answer, plead or otherwise respond to the complaint
2 | in this action and, in the interim, PWL hereby reserves all objections and defenses to this action, the
3 | Complaint and any claims asserted against PWL therein.

LAURENCE F. PADWAY
LAW OFFICES OF LAURENCE F. PADWAY

Dated: August 7, 2008.                    By: _____
                                              Laurence F. Padway
                                              Attorney for Plaintiff
                                              Jeni McDonald


THOMAS P. KLEIN
TKLEIN ASSOCIATES, INC.

Dated: August 7, 2008.                    By: _____
                                              Thomas P. Klein
                                              Attorney for Defendant
                                              Park West Landscape, Inc.


IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

---

**STIPULATION EXTENDING DEFENDANT'S**                    [Case No. C 08-03395-EMC]
**TIME TO RESPOND TO COMPLAINT**

- 2 -