```
1  LAURENCE F. PADWAY (Cal. Bar No.89314)
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, CA 94501
3  Telephone: (510) 814-0680
   Facsimile: (510) 814-0650
4
   Attorneys for Plaintiff Jeni McDonald
5

6  THOMAS P. KLEIN (Cal. State Bar No. 148585)
   TKLEIN ASSOCIATES, INC.
7  One Kaiser Plaza, Suite 470
   Oakland, CA 94612
8  Telephone: (510) 268-0020
   Facsimile: (510) 268-0022
9
   Attorneys for Defendant
10 Park West Landscape, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENI MCDONALD,<br><br>    Plaintiff,<br>v.<br>PARK WEST LANDSCAPE, INC.,<br><br>    Defendant, | Case No.: .: C 08-033395-EMC<br><br>**STIPULATION FURTHER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br>[Local Rule 6-1(a)] |

WHEREAS the parties to the above-captioned action are engaged in ongoing discussions regarding possible resolution of this matter;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, that, pursuant to Northern District of California Local Rule 6-1(a), defendant Park West Landscape, Inc. ("PWL") shall have a further extension of time up to and including September 17, 2008 to answer, plead or otherwise respond to the complaint in this action and, in the interim, PWL hereby reserves all objections and defenses to this action, the Complaint and

| | |
|---|---|
| 1 | any claims asserted against PWL therein. This extension will not alter the date of any event or |
| 2 | deadline already fixed by Court order. |

```
                                    LAURENCE F. PADWAY
                                    LAW OFFICES OF LAURENCE F. PADWAY

Dated: August 28, 2008.          By: _____
                                    Laurence F. Padway
                                    Attorney for Plaintiff
                                    Jeni McDonald


                                    THOMAS P. KLEIN
                                    TKLEIN ASSOCIATES, INC.

Dated: August 29, 2008.          By: _____
                                    Thomas P. Klein
                                    Attorney for Defendant
                                    Park West Landscape, Inc.
```