1  THOMAS P. KLEIN (Cal. State Bar No. 148585)
   TKLEIN ASSOCIATES, INC.
2  One Kaiser Plaza, Suite 470
   Oakland, CA 94612
3  Telephone: (510) 268-0020
   Facsimile: (510) 268-0022
4
5  Attorneys for Defendant
   Park West Landscape, Inc.
6
7  LAURENCE F. PADWAY (Cal. Bar No. 89314)
   LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
8  Alameda, CA 94501
   Telephone: (510) 814-0680
9  Facsimile: (510) 814- 0650
10 Attorneys for Plaintiff Jeni McDonald

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENI MCDONALD,<br><br>　　　　　Plaintiff,<br>v.<br><br>PARK WEST LANDSCAPE, INC.,<br><br>　　　　　Defendant. | Case No.: C 08-03395-EMC<br><br>**STIPULATION AND ORDER DISMISSING ACTION** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Jeni McDonald and defendant Park West Landscape, Inc., through their respective attorneys of record, that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-entitled action may be and hereby is dismissed, with prejudice, with each party to bear its own costs, disbursements and attorneys' fees.

/ / /

---

STIPULATION FOR DISMISSAL OF ACTION　　　　　[Case No. C-08-03395-ECM]

- 1 -

McDonald agrees to take any further action that may be necessary to effect the full and final dismissal of the Action with prejudice.

THOMAS P. KLEIN
TKLEIN ASSOCIATES, INC.

Dated: September 8, 2008

By: _____
Thomas P. Klein
Attorneys for Defendant
Park West Landscape, Inc.

LAURENCE F. PADWAY
LAW OFFICES OF LAURENCE F. PADWAY

Dated: September 5, 2008

By: _____
Laurence F. Padway
Attorneys for Plaintiff
Jeni McDonald

## ORDER

Based on the above stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY SO ORDERED.

Dated: September 15, 2008

_____
Edward M. Chen
United States Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen (United States District Court, Northern District of California)*